UNITED STATES DISTRICT COURT
DISTRICT COURT OF SPRINGFIELD MASSACHUSETTS

THOMAS STEFANIK,
    PLAINTIFF

VS.

WILLIAM H ABRASHKIN,
CURTIS L SHAIRD,
JAMES DONNELLY,
MICHAEL G. CROTEAU,
F.K.C. REALTY TRUST,
JAMES KANE,
    DEFENDANTS

<u>COMPLAINT</u>
<u>PLAINTIFF DEMANDS TRIAL BY JURY</u>

<u>PARTIES</u>

1. THOMAS STEFANIK IS A NATURAL PERSON RESIDING IN HUNTINGTON, MASSACHUSETTS.

2. WILLIAM H ABRASHKIN IS A NATURAL PERSON DOING BUSINESS AS A FIRST JUSTICE OF THE HOUSING COURT IN MASSACHUSETTS WITHIN THE WESTERN DIVISION.

3. CURTIS L SHAIRD IS NATURAL PERSON DOING BUSINESS AS CLERK MAGISTRATE AT THE HOUSING COURT IN MASSACHUSETTS WITHIN THE WESTERN DIVISION.

4. JAMES DONNELLY IS A NATURAL PERSON DOING BUSINESS AT 14 BOBALA ROAD, HOLYOKE, MASSACHUSETTS.

5. MICHAEL G CROTEAU IS A NATURAL PERSON DOING BUSINESS AT 1210 MONTGOMERY STREET, CHICOPEE, MASSACHUSETTS.

6. F.K.C. REALTY TRUST IS AN ENTITY AT 1210 MONTGOMERY STREET, CHICOPEE, MASSACHUSETTS.

7. JAMES KANE IS A NATURAL PERSON DOING BUSINESS AT CONSTABLES OF WESTERN MASSACHUSETTS AT 130 MAPLE STREET, SUITE 102, SPRINGFIELD, MASSACHUSETTS.

## FACTUAL ALLEGATIONS

1. THE PLAINTIFF THOMAS STEFANIK ALLEGES THAT ON APRIL 29, 2003, DEFENDANTS WILLIAM H ABRASHKIN AND CURTIS L SHAIRD CONSPIRED TOGETHER WITH MALICE TO VIOLATE THE PLAINTIFF'S FOURTEEN AMENDMENT RIGHT OF THE UNITED STATES CONSTITUTION TO DUE PROCESS OF THE LAW TO A STATUTORY HEARING IN THE APPEALS COURT WITHIN MASSACHUSETTS UNDER G.L.C. 239 SECTION 5 APPROVED BY THE MASSACHUSETTS LEGISLATURE JANUARY 6, 1986 PRIOR TO ISSUING EXECUTION ON AN ORDER FOR SUMARY JUDGMENT PROCESS NO. 02-SP-04831 ON APRIL 29, 2003.

2. THE PLAINTIFF ALLEGES THAT DEFENDANTS WILLIAM H ABRASHKIN AND CURTIS L SHAIRD WERE NEGLIGENT IN THEIR CONDUCT AND ACTING UNRESONABLE AT ALL TIMES AS COURT OFFICIALS KNOWING OR SHOULD HAVE KNOWN WERE PERFORMING OUTSIDE THEIR JUDICIAL CAPACITY AND NOT PERFORMING ANY DISCRETIONARY FUNCTION AS GOVERNMENT OFFICIALS AT THE TIME ISSUING ON APRIL 29, 2003 AN EXCUTION ON JUDGEMENT FOR SUMMARY PROCESS NO.:02-SP-04831 ATTACHED WHEN BOTH DEFENDANTS WERE WITHJOUT AUTHORITY AS JUDICIAL OFFICIALS TO ISSUE THE EXECUTION ON THE JUDGMENT FOR SUMMARY PROCESS WITHOUT FIRST WAITING FIVE DAYS FROM THE DATE PLAINTIFF HAS RECEIVED NOTICE OF THE DECISION OF THE REVIEWING COURT OF APPEALS TO REVIEW PLAINTIFF'S REQUEST FOR BOND REVIEW FILED IN HOUSING COURT ON APRIL 9, 2003 IN THE MATTER OF MICHAEL G CROTEAU (AND OTHERS) VS. THOMAS STEFANIK OF WHICH REVIEW WAS HEARD BY THE APPEALS COURT ON MAY 5, 2003 WHICH EXECUTION COULD NOT BE ISSUED PRIOR TO MAY 12, 2003 AS A STATUTORY RULE OF G.L.C 239 SECTION 5.

3. THE PLAINTIFF, THOMAS STEFANIK ALLEGES AND INCORPORATES M.G.L. C. 239 SECTION 5 INTO THIS PARAGRAPH AND SAYS THAT BOTH DEFENDANTS WILLIAM H. ABRASHKIN AND CURITIS L SHAIRD CONSPIRED TO VIOLATE PLAINTIFF'S FOURTEENTH AMENDMENT RIGHT TO THE UNITED STATES CONSTITUTION TO DUE PROCESS OF AN ESTABLISHED RIGHT TO HAVE HIS REQUEST FOR A BOND

REVIEW HEARING TO BE HEARD IN THE APPEALS COURT OF MASSACHUSETTS BEFORE A SINGLE APPEAL COURT JUSTICE. THE CONSPIRACY INCLUDED DEFENDANT CURTIS L SHAIRD BY WITHHOLDING THE COURT FILES IN THE MATTER OF MICHAEL G CROTEAU VS THOMAS STEFANIK TO THE APPEALS COURT BEFORE SIGNING AND ISSUING EXECUTION ON JUDGMENT FOR SUMMARY PROCESS BEFORE SAID ACTION WENT TO THE APPEALS COURT TO REVIEW THOMAS STEFANIK'S REQUEST FOR BOND REVIEW HEARING FILED IN HOUSING COURT ON APRIL 9, 2003, JUST ONE DAY AFTER THE HOUSING COURT HEARD THOMAS STEFANIK'S MOTION FOR BOND HEARING HELD IN HOUSING COURT ON APRIL 8, 2003 (COPY ATTACHED), AND PLAINTIFF'S REQUEST FOR BOND REVIEW HEARING (ATTACHED) ALONG WITH THE UNLAWFUL EXECUTION ON JUDGMENT FOR SUMMARY PROCESS AND 48 HOUR NOTICE.

4. THE PLAINTIFF ALLEGES THAT DEFENDANT WILLIAM H ABRASHKIN WITNESSED THE CLERK MAGISTRATE DEFENDANT CURTIS SHAIRD SIGNING THE UNLAWFUL EXECUTION ON JUDGMENT FOR SUMMARY PROCESS APRIL 29, 2003 OF WHICH BOTH DEFENDANTS ACTED UNLAWFULLY AND WITHOUT AUTHORITY AS THEIR AUTHORITY WAS SUSPENDED AS JUDICIAL OFFICERS OF THE COURT UNTIL 5 DAYS AFTER THE PLAINTIFF'S REQUEST FOR REVIEW OF DEFENDANTS MOTION TO WAIVE APPEAL BOND PURSUANT TO M.G.L. C.239 SECTION 5 WAS HEARD AND NOT BEFORE MAY 12, 2003. (SEE DEFENDANT'S MOTION TO WAIVE APPEAL BOND PURSUANT TO M.G.L. C. 239 SECTION 5 ATTACHED) PLAINTIFF ALLEGES THAT DEFENDANT WILLIAM H ABRASHKIN AND CURTIS L SHAIRD FORFEITED THEIR JUDICIAL IMMUNITY BECAUSE THEY ACTED BEYOND THE SCOPE OF THEIR JUDICIAL DUTIES AND UNDER THE COLOR OF LAW IN 42 U.S.C. 1983 OF WHICH PLAINTIFF CONTENDS THAT IF DEFENDANT WILLIAM H ABRASHKIN DID ACT WITHIN THE SCOPE OF HIS JUDICIAL DUTIED THEN THE G.L. C. 239 SECTION 5 WOULD BE FLAWED AS THERE WOULD BE NO RIGHT FOR JUDICIAL BOND REVIEW IN THE APPEALS COURT BEFORE A SINGLE JUSTICE BUT READING THE LAW OF G.L. C.239 SECTION 5 IN FULL DETAIL WOULD INDICATE TO THIS PLAINTIFF THAT THE LAW WAS NOT INTENDED THAT THE SAME JUDICIAL JUDGE, WILLIAM H ABRASHKIN BE THE BOND HEARING OFFICER AS WELL AS THE APPEALS COURT JUSTICE OF WHICH AUTHORITY IS THAT OF THE APPEALS COURT JUDGE NOT THE HOUSING COURT JUDGE OF WHICH DEFENDANT WILLIAM H ABRASHKIN WAS ON APRIL 29, 2003. THE SAME DAY DEFENDANT, WILLIAM H ABRASHKIN UNLAWFULLY AND BEYOND HIS SCOPE OF HIS OFFICIAL DUTIES ACTED IN DISREGARD TO PLAINTIFF'S FOURTEENTH AMENDMENT RIGHT TO DUE PROCESS RIGHT OF A REVIEW BOND HEARING IN THE APPEALS COURT BEFORE ISSUING AN EXECUTION FOR SUMMARY PROCESS

OF WHICH HE WITNESSED FOR DEFENDANT CURTIS L SHAIRD AS HE UNLAWFULLY SIGNED IN VIOLATION OF PLAINTIFF'S FOURTEENTH AMENDMENT RIGHT OF THE UNITED STATES CONSTITUTION TO DUE PROCESS AND IN VIOLATION OF THE U.S.C. SECTION 1983 ALL THE WHILE BOTH DEFENDNATS ACTED UNDER COLOR OF LAW.

5. PLAINTIFF ALLEGES HE RECEIVED DAMAGES, INJURY, AND HUMILIATION AS WELL AS INTENTIONAL INFLICTION OF PHYSICAL AND EMOTIONAL DISTRESS CAUSED TO HIM BY DEFENDANTS WILLIAM H ABRASHKIN AND CURTIS L SHAIRD AND WAS DEPRIVED OF HIS FOURTEENTH AMENDMENT RIGHT OF UNITED STATES CONSTITUTION.

6. PLAINTIFF ALLEGES THAT DEFENDANT MICHAEL G CROTEAU WAS THE PLAINTIFF IN CIVIL ACTION NO. 02-SP-04831 IN HOUSING COURT AS WELL AS DEFENDANT FKC REALTY TRUST.DEFENDANT MICHAEL CROTEAU RENTED A RESIDENTIAL HOUSING UNIT TO PLAINTIFF AND REPRESENTED HIMSELF AS OWNER, BUT WAS ACTUALLY THE TRUSTEE FOR FKC REALTY TRUST THE ACTUAL OWNER OF THE RESIDENTIAL HOME RENTED TO THE PLAINTIFF. BOTH DEFENDANTS, MICHAEL G CROTEAU AND FKC REALTY TRUST WITH MICHAEL G CROTEAU AS TRUSTEE CONSPIRED WITH WILLIAM H ABRASHKIN AND CURTIS L SHAIRD IN DEPRIVING PLAINTIFF OF HIS FOURTEENTH AMENDMENT RIGHT TO DUE PROCESS HEARING IN APPEALS COURT WHEN IT WAS KNOWN OR SHOULD HAVE BEEN KNOWN THAT PLAINTIFF FILED ON APRIL 9, 2003 A REQUEST FOR BOND REVIEW BEFORE A SIINGLE JUSTICE OF THE APPEALS COURT, BUT TOOK THE BOGUS EXECUTION TO DEFENDANT JAMES F DONNELLY FOR SERVICE.

7. PLAINTIFF ALLEGES THAT DEFENDANT JAMES F DONNELLY WHO REPRESENTED DEFENDANT MICHAEL G CROTEAU IN HOUSING COURT TO EVICT PLAINTIFF FROM DEFENDANT F.K.C. REALTY TRUST PROPERTY ACTED UNDER COLOR OF LAW AS A JUDICIAL OFFICER OF THE COURT, AN ATTONEY WITHIN MASSACHUSETTS TO PRACTICE LAW SET OUT TO DEPRIVE PLAINTIFF OF A DUE PROCESS HEARING BEFORE THE APPEALS BOARD ON PLAINTIFF'S BOND REVIEW HEARING REQUEST IN VIOLATION OF U.S.C. SECTION 1983 AND THE UNITED STATES CONSTITUTION TO THE FOURTEENTH AMENDMENT KNOWING OR SHOULD HAVE KNOWN WAS UNLAWFUL FULL EXECUTION AND CONSPIRED WITH THE OTHER DEFENDANTS TO HAVE DEFENDANT JAMES KANE SERVE THE EXECUTION ON OR ABOUT APRIL 30, 2003. THIS ALL HAPPENED BEFORE PLAINTIFF HAD A RIGHT TO A DUE PROCESS HEARING BEFORE THE APPEALS COURT PURSUANT TO M.G.L. C. 239 SECTION 5 ALL THE WHILE CAUSING THE INTENTIONAL INFLICTION OF

EOTIONAL AND PHYSICAL DISTRESS UPON PLAINTIFF THOMAS STEFANIK.

8. THE PLAINTIFF ALLEGES DEFENDANT JAMES KANE ACTED UNDER COLOR OF LAW WEARING A BADGE AND PREVIOUSLY KNOWN TO PLAINTIFF AS A CONSTABLE DID VIOLATE PLAINTIFF'S FOURTEENTH AMENDMENT RIGHT TO THE UNITED STATE CONSTITUTION AND IN VIOLATION OF U.S.C. 42 SECTION 1983 TO DEPRIVE PLAINTIFF OF A REVIEW BOND HEARING IN THE APPEALS COURT ACTED WITH AND CONSPIRED WITH ALL OTHER DEFENDANTS TO VIOLATE PLAINTIFF'S FOURTEENTH AMENDMENT RIGHT TO AN APPEAL COURT BOND REVIEW HEARING AND FAILURE TO CHECK FIRST PUBLIC RECORDS BEFORE SERVING PLAINTIFF WITH AN UNLAWFUL EXECUTION AND ADDITIONALLY SERVING A 48 HOUR NOTICE TO BE OUT OF 1228 MONTGOMERY STREET, CHICOPEE, MASSACHUSETTS BY 1:00 P.M.; ON MAY 5, 2003 OR ELSE HE WOULD PHYSICALLY REMOVE PLAINTIFF AND HIS PERSONAL PROPERTY FROM THE ABOVE PREMISE IF PLAINTIFF DOES NOT <u>GET OUT</u> VOLUNTARILY IN 48 HOURS ALL THE WHILE CAUSING THE INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS UPON PLAINTIFF.

<u>COUNT ONE</u>

PLAINTIFF SUES DEFENDANTS WILLIAM H ABRASHKIN, CURTIS L SHAIRD, JAMES F DONNELLY, MICHAEL G CROTEAU, F.K.C. REALTY TRUST, AND JAMES KANE FOR INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS.

<u>COUNT TWO</u>

PLAINTIFF SUES WILLIAM H ABRASHKIN, CURTIS L SHAIRD, JAMES F DONNELLLY, MICHAEL G CROTEAU, F.K.C. REALTY TRUST, AND JAMES KANE FOR VIOLATION OF DUE PROCESS TO THE FOURTEENTH AMENDMENT TO THE UNITED STATES CONSTITUTION.

<u>COUNT THREE</u>

PLAINTIFF SUES DEFENDANT WILLIAM H ABRASHKIN, CURTIS L SHAIRD, JAMES F DONNELLY, MICHAEL G CROTEAU, F.K.C. REALTY TRUST, AND JAMES KANE FOR COMPENSATORY DAMAGES.

## COUNT FOUR

PLAINTIFF SUES WILLIAM H ABRASHKIN, CURTIS L SHAIRD, JAMES F DONNELLY, MICHAEL G CROTEAU, F.K.C. REALTY TRUST FOR PAST, PRESENT, AND FUTURE MEDICAL EXPENSES.

## COUNT FIVE

PLAINTIFF SUES WILLIAM H ABRASHKIN, CURTIS L SHAIRD, JAMES F DONNELLY, MICHAEL G CROTEAU, F.K.C. REALTY TRUST, AND JAMES KANE FOR VIOLATION OF U.S.C. 42 SECTION 1983 TO DEPRIVE PLAINTIFF OF A STATUTORY RIGHT TO A COURT HEARING PURSUANT TO M.G.L. C. 239 SECTION 5.

WHEREFORE PLAINTIFF DEMANDS JUDGMENT ON COUNTS ONE THROUGH FIVE AND WHATEVER ELSE THIS COURT DEEMS FAIR AND JUST.

DATED: 10/8/03

THOMAS STEFANIK
P O BOX 185
HUNTINGTON, MA 01050
413-519-0554

VERIFIED COMPLAINT: _____
NOTARY PUBLIC
MY COMMISSION EXPIRES: 08/08/08