UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
THOMAS STEFANIK,              )
        Plaintiff             )
                              )
             v.               )    CIVIL ACTION NO. 03-30240-MAP
                              )
WILLIAM H. ABRASHKIN, ET AL,  )
        Defendants            )
```

ORDER REGARDING REPORT AND RECOMMENDATION
PURSUANT TO 28 U.S.C. § 1915

January 9, 2004

PONSOR, D.J.

Upon *de novo* review, the Report and Recommendation of Magistrate Judge Kenneth P. Neiman dated December 12, 2003 is hereby adopted, without objection. The plaintiff's complaint is hereby DISMISSED insofar as it fails to satisfy the requirements of 18 U.S.C. § 1915(e). The file is ordered closed.

It is So Ordered.

/s/ Michael A. Ponsor
MICHAEL A. PONSOR
U. S. District Judge