AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

### DISTRICT OF MASSACHUSETTS

THOMAS STEFANIK
Plaintiff

**JUDGMENT IN A CIVIL CASE**

V.

WILLIAM H. ABRASHKIN, ET AL,
Defendant

NUMBER:    C.A. 03-30240-MAP

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

JUDGMENT entered for the defendant William H. Abrashkin, et al., against the plaintiff Thomas Stefanik, pursuant to the court's order entered this date, dismising the plaintiff's complaint.

| 1-9-04 | TONY ANASTAS |
|---|---|
| *Date* | *Clerk* |

This form was electronically produced by Elite Federal Forms, Inc.

*(By) Deputy Clerk*